NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEVEN C. KELLY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7024

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2430, Judge John J. Farley, III.

---

## ON MOTION

---

## O R D E R

Steven C. Kelly submits his fifth corrected informal brief of appellant, which is treated as a motion to accept the brief as is.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The April 3, 2012 corrected informal brief of appellant is accepted for filing. The Secretary should calculate his brief due date from the date of filing of this order.

FOR THE COURT

APR 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Steven C. Kelly
     William P. Rayel, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 5 2012

JAN HORBALY
CLERK